MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DIONE ANDRE WADE

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

MELINDA BRAMAN (WARDEN AT R.A. HANDLON CORR. FACILITY.)
THE MICHIGAN DEPARTMENT OF CORRECTIONS;
C.M.H.P KRISTIE MARIE VAN HARN;

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case:2:23-cv-11199
Judge: Berg, Terrence G.
MJ: Altman, Kimberly G.
Filed: 05-22-2023 At 10:49 AM
PRIS WADE V BRAMAN, ET AL (LG)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name _____DIONE ANDRE WADE_____

All other names by which you have been known:

_____DIONNE BROWN_____
_____JORREL BYRD_____

ID Number _____434839_____

Current Institution _____WOODLAND CENTER CORR. FACILITY____

Address _____9036 E. M-36_____
_____WHITMORE LAKE, MI 48189_____

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation.
Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  For an individual defendant, include the person's job or title (if known)
and check whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _____MICHIGAN DEPARTMENT OF CORRECTION'S___

Job or Title _____N/A_____
(if known)

Shield Number _____N/A_____

Employer _____N/A (THE STATE OF MICHIGAN)____

Address _____N/A (THE STATE OF MICHIGAN)____
_____GRANDVIEW PLAZA - P.O. BOX 30003 - LANSING, MI 48909___

☐   Individual capacity        ☑   Official capacity

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

Name — KRISTIE MARIE VAN HARN

Job or Title (if known) — QUALIFIED MENTAL HEALTH PROFESSIONAL

Shield Number — UNKNOWN

Employer — MICHIGAN DEPARTMENT OF CORRECTION'S

Address — 3110 HARVEST SOUTHWEST AVE. GRANDVILLE, MI 49418 (PHONE # 616-272-6369)

☐ Individual capacity   ☑ Official capacity

Defendant No. 3

Name — MELINDA BRAMAN

Job or Title (if known) — WARDEN OF RICHARD A. HANDLON CORR. FACILITY

Shield Number — UNKNOWN

Employer — MICHIGAN DEPT. OF CORRECTION'S

Address — 1728 W. BLUEWATER HIGHWAY (R.A. HANDLON) IONIA, MI 48846

☐ Individual capacity   ☑ Official capacity

Defendant No. 4

Name — _____

Job or Title (if known) — _____

Shield Number — _____

Employer — _____

Address — _____

☐ Individual capacity   ☐ Official capacity

3

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I AM A SEVERELY MENTALLY ILL INDIVIDUAL. MY Q.M.H.P (QUALIFIED MENTAL HEALTH PROFESSIONAL) FORCED ME TO BE THE SOLE OCCUPANT IN AN ILLEGAL SMUGGLING OPERATION THAT TOOK PLACE AT RICHARD A. HANDLON CORR. FACILITY FOR THE BETTER PART OF A YEAR. I WAS ALSO FORCED TO PERFORM SEXUAL ACT'S AGAINST MY WILL WITH HER. LEGALLY I CANNOT CONSENT TO ANY FORM OF SEXUAL ACT'S or INTERCOURSE WITH AN M.D.O.C EMPLOYEE/CONTRACTOR. I FEEL I WAS THE SUBJECT OF CRUEL AND UNUSUAL BEHAVIOR. I WAS DEPRIVED OF MY 8th AMENDMENT RIGHT. I WAS EXTORTED, I WAS SEXUALLY ABUSED AND ASSAULTED, I WAS THREATENED, AND I WAS MENTALLY AND PHYSICALLY TAKEN ADVANTAGE OF. I HAVE AN ABUNDANCE OF PHYSICAL EVIDENCE TO VERIFY AND VALIDATE MY ALLEGATION'S.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

4

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed. KRISTIE MARIE VAN HATN WAS MY PSYCHOLOGICAL MENTAL HEALTH THERAPIST. OFFICIALLY, MY Q.M.H.P C (QUALIFIED MENTAL HEALTH PROFESSIONAL.) DURING THE YEAR OF 2021 I WAS SEXUALLY ASSAULTED BY HER ON NUMEROUS OCCASION'S. I NEVER AND COULD NOT GIVE CONSENT TO HAVE INTERCOURSE OR PERFORM SEXUAL ACTS WITH HER. I WAS ALSO EXTORTED BY HER FOR MONEY THAT WAS ATTAINED THROUGH AN ILLEGAL SMUGGLING OPERATION AT R.A. HANDLON CORR. FACILITY. MY FAMILY MEMBER'S WERE FORCED TO PARTICIPATE IN THIS ILLEGAL OPERATION AGAINST THEIR WILL, DUE TO THREATS OF PHYSICAL VIOLENCE AGAINST ME. THE MENTAL HEALTH SERVICES DEPT. / GUIDEBOOK STATES THAT "I HAVE THE RIGHT TO A CLEAN, SAFE ENVIROMENT WITHOUT PHYSICAL, SEXUAL, OR PSYCHOLOGICAL ABUSE INCLUDING HUMILIATION'S, THREAT'S, AND EXPLOITATION. I HAVE THE RIGHT NOT TO BE ABUSED OR EXPLOITED FOR FINANCIAL GAIN." I WAS FORCED TO PERFORM SEXUAL ACTS WITH HER IN HER OFFICE AND OTHER AREAS IN THE UNIT. I WAS FORCED TO SELL ITEM'S SUCH AS CELLPHONE'S, SUBOXANE, HEROIN, MARIJUANA, COCAINE, ECSTASY, TOBACCO, ALCOHOL, FOOD, ETC, ETC, TO THE INMATE POPULATION. I AM A DOCUMENTED SEVERELY ILL INDIVIDUAL MENTALLY. ALL OF THESE ILLEGAL ACT'S TOOK PLACE IN A-UNIT WHICH IS A HOUSING UNIT FOR SEVERELY MENTALLY ILL INDIVIDUAL'S. ( R.T.P UNIT ) I HAVE PHYSICAL EVIDENCE

**III.   Prisoner Status** OF EVERY THING THAT TOOK PLACE IN THIS REGULATED PRISON IN THE STATE OF MICHIGAN. MELINDA BRAMAN AS THE WARDEN FAILED TO PROTECT MY RIGHTS.

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

**IV.   Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. KRISTIE MARIE VAN HARN WOULD MEET VARIOUS MEMBERS OF MY FAMILY AT CERTAIN AREA'S IN THE CITY OF DETROIT TO PICK UP ILLEGAL CONTRABAND THAT SHE ARRANGED TO RECEIVE AND SMUGGLE INTO RICHARD A. HANDLON CORR. FACILITY. SHELBY GUIDEBECK, (ANOTHER Q.M.H.P) WOULD OFTEN SOMETIME'S ACCOMPANY VAN HARN ON THESE TRIP'S TO DETROIT. THESE EVENT'S TOOK PLACE EVERY SUNDAY OF EVERY MONTH FROM JANUARY 2021 UNTIL 8/31/2021; MY FAMILY WAS THREATENED BY VIOLENCE TO THEM AND PRIMARILY ME TO EITHER GET WHAT WAS NEEDED OR SUFFER THE CONSEKUENCE'S. I REPORTED INDIRECTLY TO INSPECTOR WATERS AND JONES WHAT WAS TAKING PLACE ON NUMEROUS OCCASION'S, AND I WAS TOLD TO GET MORE INFORMATION.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. FROM THE MONTH'S OF LATE JANUARY 2021 UNTIL 8/31/2021 KRISTIE MARIE VARN, MY (QUALIFIED MENTAL HEALTH PROFESSIONAL SEXUALLY ASSAULTED ME ON NUMEROUS OCCASION'S. I NEVER GAVE VERBAL CONSENT, AND LEGALLY I WAS UNABLE TO GIVE CONSENT TO PERFORM ANY SEXUAL ACT'S/INTERCOURSE WITH HER. I WAS EXTORTED BY HER AND OTHER PERSONNEL FOR MONEY THAT WAS ATTAINED THROUGH AN ILLEGAL SMUGGLING OPERATION AT R.A. HANDLON CORR. FACILITY. MY FAMILY MEMBER'S WERE FORCED TO PARTICIPATE IN THIS ILLEGAL OPERATION AGAINST THEIR WILL DUE TO THREAT'S OF PHYSICAL VIOLENCE AGAINST ME. I WAS FORCED ON NUMEROUS OCCASION'S TO PERFORM SEXUAL ACT'S WITH VAN HARN IN HER OFFICE AND OTHER AREA'S OF THE FACILITY. I WAS FORCED TO SELL ILLEGAL CONTRABAND THAT VAN HARN SMUGGLED IN DAILY TO THE INMATE POPULATION. I AM A DOCUMENTED MENTALLY ILL INDIVIDUAL AND MY RIGHT'S AND DISABILITY WERE ILLEGALLY EXPLOITED BY VAN HARN AND VARIOUS M.D.O.C. PERSONNEL. I HAVE ACTUAL PHYSICAL EVIDENCE OF SOME OF THE EVENTS THAT TOOK PLACE. MELINDA BRAMAN, WARDEN OF R.A. HANDLON CORR. FACILITY WAS MADE AWARE OF WHAT WAS TAKING PLACE WITH ME, VIA INSPECTOR WATERS AND JONES AND DEPUTY WARDEN HOMON AND SHE FAILED TO PROTECT AND ENSURE MY SAFETY AND RIGHT'S AS AN INMATE.

C. What date and approximate time did the events giving rise to your claim(s) occur? FROM LATE JANUARY OF 2021 UNTIL 8/31/2021. APPROXIMATE TIME'S WERE MOSTLY IN THE MORNING AND SOMETIME'S EARLY UNTIL LATE AFTERNOON. MOST TIME'S APPROXIMATELY BETWEEN 8:00 AM AND 9:30 AM SEVERAL TIME'S OR MORE EACH WEEK.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Kristie Marie Van Harn took advantage of my mental health and also took advantage of me sexually, mentally, and emotionally. I am a documented severely mentally ill individual. I was being held at R.A. Handlon Corr. facility in Ionia, MI at the time. I was entrusted into Van Harn's care by the unit chief of A-unit's mental health dept., Dr. Larry Cieply. I was manipulated, coerced, and many times forced to perform sexual act's / intercourse with Q.M.H.P Kristie Marie Van Harn in her office many times, as well as other area's of the unit. I was told that failure to do what I was being forced to do would result in me either being physically assaulted/stabbed by other inmate's, false major misconduct's being written against me, being forced out of the R.T.P mental health program, my family was threatened to the point where they as well as myself was in fear of my life being taken. I was forced to sell the item's that Van Harn smuggled in daily such as cellphones, suboxane, heroin, marijuana, cocaine, ecstasy, tobacco, alcohol, food, etc etc, to the inmate population. I attempted to get help from Inspector's Waters's and Jones', and I was repeatedly instructed by them to "get" certain item's (swisher sweet cigar's and newport cigarette's) to prove my allegation's. I did and was then instructed to do and smuggle even more illegal item's in. I am a documented severely mentally ill individual. I have a mental health history that documents dates back to the age of 12. I was essentially raped, manipulated, extorted, coerced, and negatively influenced into corruption inside the Michigan dept. of corrections by those who were entrusted to serve, protect, and care for my physical as well as mental well being. I have been mentally and physically traumatized. Q.M.H.P Shelby Guidebeck, C/O-Sgt. Reed, C/O Farrar, C/O Fosler, C/O Glumkamp, C/O Tate, C/O Palmer, C/O Savage, C/O Ferris, C/O Bowen, nurse practitioner Seifullah, Dr. Cieply, and also various inmate's who I would rather not name out of fear of retaliation or of being assaulted, all knew or either suspected what was going on. Deputy warden Yokom, Inspector's Waters's and Jones' all had direct knowledge of what was taking place with me. My family also. And I still am in fear for my life. Warden Braman was also aware.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I HAVE BEEN MENTALLY AND EMOTIONALLY TRAUMATIZED BY WHAT TOOK PLACE WITH ME. I HAVE BEEN ASSAULTED BY OTHER INMATE'S FOR REPORTING WHAT TOOK PLACE WITH ME. I HAVE BEEN LABELED AS A "RAT" OR "SNITCH" BY THE INMATE AND CORRECTIONAL OFFICER POPULATION FOR REPORTING WHAT HAPPENED TO ME. I HAVE BEEN RETALIATED AGAINST BY THE WARDEN OF GUS HARRISON CORR. FACILITY, HE PLACED ME ON IN CELL/ROOM CONFINEMENT FOR ALL OF 8 MONTHS BEHIND THIS INCIDENT. I'VE HAD PROPERTY THAT I PURCHASED THROUGH APPROVED VENDOR'S IN THE M.D.O.C TAKEN OR STOLEN FROM ME BECAUSE I REPORTED WHAT HAPPENED TO ME. MY MENTAL HEALTH HAS NEGATIVELY DETERIORATED BECAUSE OF WHAT HAPPENED TO ME. MY MEDICATION HAS BEEN INCREASED DUE TO ME BEING "PARANOID" ABOUT WHAT COULD OR MIGHT HAPPEN TO ME. I HAVE A $5,000 DOLLAR BOUNTY, A CTIVE (I STILL AM IN FEAR FOR MY LIFE'S) BOUNTY ON MY HEAD BECAUSE I HAD THE COURAGE TO STAND UP FOR MYSELF, MY FAMILY, AND REPORT THE CORRUPTION THAT TOOK PLACE. THIS INCIDENT HAS NEGATIVELY IMPACTED MY WHOLE LIFE. I WAS ALSO ASSAULTED BY AN INMATE DUE TO THIS INCIDENT HERE AT WOODLAND.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I WOULD LIKE THE COURT TO TAKE ACTION AND FIRE ALL EMPLOYEE'S FROM ALL STATE GOVERNMENT AGENCIES THAT THEY ARE NOW EMPLOYED AT WHO TOOK PLACE IN THIS TRAGIC INCIDENT. I WOULD ASK THAT THE COURT ISSUE, MONETARY DAMAGES, ACTUAL DAMAGES AND PUNITIVE DAMAGES FOR WHAT HAPPENED TO ME. I WOULD HOPE TO RECEIVE $250,000 DOLLAR'S FOR ACTUAL DAMAGES, AND $2,500,000 DOLLAR'S FOR PUNITIVE DAMAGES. I BELIEVE THAT IS A FAIR AND REASONABLE AMOUNT FOR WHAT I WAS PUT THROUGH. I WAS EMBARRASSED, HUMILIATED, PHYSICALLY AND SEXUALLY ASSAULTED, MENTALLY AND EMOTIONALLY ABUSED AND TRAUMATIZED, I WAS UNJUSTLY CONFINED TO A CELL FOR ALMOST A YEAR, I HAVE AN ACTIVE BOUNTY ON MY HEAD AT CERTAIN M.D.O.C FACILITIES, AND TO SIMPLY PUT IT, I HAVE SUFFERED JUST FOR BEING   8 NATIVE AND MENTALLY ILL. AND ALSO, I HAVE EVIDENCE OF EVERYTHING THAT HAPPENED TO ME. I PRAY UN AGREE.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

RICHARD A. HANDLON CORRECTIONAL FACILITY IN IONIA, MICHIGAN

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☐    No

☑    Do not know   (I FILED MULTIPLE GRIEVANCES AND WAS DENIED RELIEF ON THEM ALL.)

If yes, which claim(s)?

9

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

WOODLAND CENTER Corr. FACILITY AND ALSO GUS HARRISON Corr. FACILITY; I COULD NOT FILE AT R.A. HANDLON BECAUSE I WAS ON OBSERVATION STATUS. NO ACCESS TO PEN'S or PAPER.

2. What did you claim in your grievance?

STAFF CORRUPTION, AND ALSO THAT I WAS SEXUALLY ASSAULTED By AN M.D.O.C EMPLOYEE AGAINST MY WILL. ALSO EXTORTION, COERCION, MANIPULATION AND ASSAULT.

3. What was the result, if any?

I RECEIVED MY INITIAL GRIEVANCE BACK ( THAT I STILL HAVE) AND IT SAID, " THIS ISSUE, IT IS BEING HANDLED ADMINSTRATIVELY."

WORD FOR WORD. I HAVE ATTACHED ALL RESPONSES. SEE EXHIBIT'S A-J.

4. What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I FILED THIS GRIEVANCE THROUGH ALL 3 STEPS. I WAS REPEATEDLY TOLD THAT MY GRIEVANCE WAS "UNTIMELY." I HAVE ALL COPIES STILL. I WAS INITIALLY TOLD THAT "THIS ISSUE IS BEING HANDLED ADMINISTRATIVELY." I HAVE ATTACHED COPIES OF ALL GRIEVANCES AND RESPONSES.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

PLEASE SEE EXHIBITS A—J.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

       Plaintiff(s)           *N/A*

       Defendant(s)        

    2. Court *(if federal court, name the district; if state court, name the county and State)*

        *N/A*

    3. Docket or index number

        *N/A*

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4. Name of Judge assigned to your case

_N/A_ _____

5. Approximate date of filing lawsuit

_N/A_ _____

6. Is the case still pending?

☐ Yes

☐ No        _N/A_

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s)   _N/A_ _____

Defendant(s)  _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

_N/A_

3. Docket or index number

_____

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      Name of Judge assigned to your case

_N/A_

5.      Approximate date of filing lawsuit

_N/A_

6.      Is the case still pending?

☐      Yes

☐      No            _N/A_

If no, give the approximate date of disposition. _____

7.      What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_N/A_

_____

_____

## IX.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _MAY 8th_ , 20 _23_.

Signature of Plaintiff      _Dione Wade_

Printed Name of Plaintiff      _DIONE ANDRE WADE_

Prison Identification #      _434839_

Prison Address      _WOODLAND CENTER Corr. FACILITY   9036 E. M-36_
_WHITMORE LAKE      MICH.      48189_
City                          State                          Zip Code

14

# EXHIBIT

## A

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4247  10/94
CSJ-247A

**PRISONER/PAROLEE GRIEVANCE FORM**

Date Received at Step I _____   Grievance Identifier: | | | | | | | | / | | | | | | |

| **Be brief and concise in describing your grievance issue.**  If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. | | | | | |
|---|---|---|---|---|---|
| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
| | | | | | |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date? _____
If none, explain why.

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No   If No, give explanation.  If resolved, explain resolution.)

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Respondent's Signature | Date | Reviewer's Signature | Date |
| _____ | _____ | _____ | _____ |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

# EXHIBIT

# B

MICHIGAN DEPARTMENT OF CORRECTIONS
4835-0976
FIRST STEP GRIEVANCE RECEIPT                        CAJ-976   11/94


Date:  December 6, 2021

From:  MTU Grievance Coordinator N. Lake

To:  Wade 434839

Lock:  WCC

SUBJECT:  Step I Grievance Receipt

Your Step I grievance regarding; staff corruption.

was received in this office on 12/6/2021 and you should receive a response no later

than 12/29/2021. If you have not received a response by this date, or were given

an extension, you may submit a *written* request for an appeal form to the office of the person

sending the memorandum. You will need to note on your request the grievance identifier that was

assigned to this grievance, Identifier MTU2112 1025 28e.

# EXHIBIT

## C

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247  10/94
CSJ-247A

Date Received at Step I _____   Grievance Identifier: | | | | | | | | | | | | | | |

| Be brief and concise in describing your grievance issue.   If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | | | | |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date? _____
If none, explain why.

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.  Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_____
Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No   If No, give explanation.  If resolved, explain resolution.)

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

# EXHIBIT

# D

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4248  5/09
CSJ-247B

**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator
at Step II: _1·11·22_

Grievance Identifier: | M | T | U | 2 | 1 | 1 | 2 | 1 | 0 | 2 | 5 | 2 | 8 | E |

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

FEB 04 '22

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_G. C. N. CARE_ by _____. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| DALE WADE | 434839 | M.T.U./A.R.F | A-33 5-142 | Var. 2021 M.A. 4-5-2021 | 12/23/21 |

**STEP II — Reason for Appeal** _I DON'T THINK THAT MY GRIEVANCE IS UNTIMELY. I WROTE THIS GRIEVANCE AND SUBMITTED IT 3 DIFFERENT TIMES AND IT WAS RE-ISSUED. I WAS TOLD THAT MY GRIEVANCE WAS CLASSIFIED AS A BRIEF COMPLAINT, I AM WITHHOLDING STEP I GRIEVANCE IN A TIMELY MANNER AND THE RESPONSE THAT I RECEIVED INITIALLY WAS THAT, "THIS MATTER IS BEING HANDLED ACCORDINGLY." IT WAS DEALT WITH FULLY WITH ALL OF THE THERAPHOPDS INVOLVED AND I WOULD LIKE TO TAKE MY MEDICATION VOLUNTARILY. I WAS TAKEN ADVANTAGE OF BY M.D.O.C. EMPLOYEES AND I FEEL THAT THIS ISSUE, MY ISSUE IS ADDRESSED. I AM A SEVERELY MENTALLY ILL INDIVIDUAL AND MY RIGHTS ARE BEING VIOLATED BY THOSE WHO ARE APPOINTED TO RESPECT, CARE AND WORK IN REGARDS TO ME. I AM NEITHER HERE NOR THERE IN THAT I FEEL THAT A HEALTH SYSTEM IS BECOMING BROKEN. POLICY WAS VIOLATED EXTREMELY, IN A SENSE WHERE MEDICATION WAS USED FOR MY PSYCHE ACCORDINGLY TO STAY ALERT._

**STEP II — Response**

Date Received by
Step II Respondent:

↓

_Melinda Braman_                    _Melinda Braman_          _1/11/2021_
Respondent's Name (Print)          Respondent's Signature      Date

Date Returned to
Grievant: _1·12·22_

**STEP III — Reason for Appeal** _I AM APPEALING THE STEP II GRIEVANCE RESPONSE I JUST RECEIVED. MY GRIEVANCE IS NOT UNTIMELY. I WAS TRANSFERED 4 DIFFERENT TIMES WHILE THIS ISSUE WAS BEING RAISED. I WAS KEPT IN ISOLATION FOR LONG PERIOD OF TIME DUE TO THESE ALLEGATION'S I BROUGHT FOTH AND I WAS CONSTANTLY BEING IGNORED BY THE GRIEVANCE COORDINATOR AT EACH FACILITY, ESPECIALLY M.T.U. BECAUSE I HAD TO WRITE ON A RESPONSE WITH EACH TIME I MAILED OF SUBMITTED THIS COMPLAINT TO HIM. I AM A SEVERELY MENTALLY ILL INDIVIDUAL. MY DISABILITY REQUIRED ME TO GET HELP SUBMITTING THESE GRIEVANCES. MY ALLEGATIONS ARE TRUE, AND MY RIGHTS WERE VIOLATED AS A RESULT OF THIS INCIDENT. PLEASE HELP._
_Dale Wade #434839_

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

# EXHIBIT

## E

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-3318
CSJ-318   05/02

**DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER)**

**Please PRINT clearly illegible and/or incomplete forms will not be processed.**

Lock _____   Institution _____

Prisoner Number _____

Prisoner Name (Print Clearly) _____

☐ Legal Postage      ☐ Filling Fee  $ _____      ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case           ☐ Case Number  _____

Pay To: _____

Mailing Address: _____

_____

_____

The following portion must be completed in Authorizing Staff Member's presence

Prisoner Signature _____   Date & Time Completed _____

Received By _____
Print Name & Title   _____   Signature _____

Date & Time Received by Authorizing Staff _____

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.

☐ Not hand delivered to authorizing staff member.      ☐ New case or case number not on form.

☐ Does not include court order for handling as certified mail.      ☐ Other _____

☐ Prisoner refused to sign & date in staff member's presence.      _____

Section below to be completed by Mail Room Staff

Placed in Mail By _____
(Print Name & Title)   _____   Signature _____

Postage Amount _____   Date & Time placed in outgoing Mail _____

**Only Business Office Staff are to Write in the Section Below**

| Obligation Amount | Actual Expense |
|---|---|
|  |  |
|  |  |
|  |  |

☐ Court filing Fee Denied due to NSF.

Date Posted: 11-12-10

Date & Time Copy Sent to Prisoner: 11-12-10

Processed By
(Print Name & Title): _____

Signature: _____   11:38 PM

DISTRIBUTION:   White - Prisoner Accounting   Canary - Prisoner   Pink - Counselor's File   Goldenrod - Prisoner

# EXHIBIT

# F

# MICHIGAN DEPARTMENT OF CORRECTIONS

## *"Committed to Protect, Dedicated to Success"*

## MEMORANDUM

Date:  November 9, 2021

To:  Wade 434839

Lock:  WCC

From:  MTU Grievance Coordinator N. Lake

Subject:  PREA COMPLAINT

The PREA complaint you filed has been referred to the facility PREA coordinator. Your PREA complaint will **NOT** be handled as a grievance under PD 03.02.130 "Prisoner/Parolee Grievances" but will be handled as a PREA complaint as detailed in DOM 2016-29 Prisoner Rape Elimination Act (PREA) Grievance Process, and in accordance with the postings of the NOTICE TO PRISONERS, PRISON RAPE ELIMINATION ACT GRIEVANCE PROCESS posted in each housing unit.

Please use the facility kite system or institutional mail to direct your PREA complaint(s) to the facility PREA coordinator for filing a PREA complaint as stated below:

A prisoner shall use the Prison Rape Elimination Act (PREA) process per PD 03.03.140 to file a PREA complaint.  The complaint may be completed by hand or be typewritten.  However, the handwriting must be legible. Information regarding your PREA complaint should be stated briefly, concisely and limited to the **facts** involving the PREA complaint (i.e., who, what, when, where, why, how).  Dates, times, places, and names of all those involved in the complaint are to be included.

A prisoner may file a PREA complaint at any time by submitting a detailed kite to the facility PREA coordinator or inspector of the institution at which the prisoner is housed.  Prisoners are not required to use any informal grievance process, or to otherwise attempt to resolve an alleged incident of sexual abuse before filing a PREA grievance.

Any non-PREA issues reported on the same Step I form as the reported PREA issue must be resubmitted individually pursuant to PD 03.02.130 "Prisoner/Parolee Grievances".

G.C. Lake

# EXHIBIT

## G

10MICIGAN DEPARTMENT OF CORRECTIONS            4835-0978
GRIEVANCE APPEAL RECEIPT – STEP II          CAJ-978 11/94

Date:  January 11, 2022

To:  Wade 434839

Lock:  ARF

From:  MTU Grievance Coordinator N. Lake

Subject:  Receipt of CSJ-247 B Grievance Appeal Form

I acknowledge receipt of your Step II grievance appeal, Identifier MTU2112 1025 28e, which was received in this office on 1/11/2022.

Unless you are otherwise notified, you should be provided a Step II response within 15 business days of the date your appeal was received or no later than 2/2/2022.  If you have not received a response by this date or given an extension, you may submit your Step III appeal to the Director's office.

# EXHIBIT

# H



GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF CIVIL RIGHTS
LANSING

JOHN E. JOHNSON, JR
EXECUTIVE DIRECTOR

January 25, 2023

Dione Wade #434839
Woodland Center Correctional Facility
9036 E. M-36
Whitmore Lake, MI 48189

RE: MDCR Case#: 621888
    Dione Wade #434839 v Michigan Department of Corrections

Dear Dione Wade #434839:

The complaint referenced above that you filed with the Michigan Department of Civil Rights has been assigned to me for investigation. I am currently reviewing the documentation in the casefile and will contact you following this review.

If additional information, witnesses or supporting documentation is needed, I will send a separate request with an appropriate deadline for submission.

Sincerely,

Mark Bishop
Safety/Security Officer and Attorney Liaison
Phone: 517-241-7909
Fax: 517-241-7520
Email: BishopM3@michigan.gov

# EXHIBIT

# I



GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF CIVIL RIGHTS
LANSING

JOHN E. JOHNSON, JR
EXECUTIVE DIRECTOR

November 3, 2022

Dione Wade #434839
Woodland Center Correctional Facility
9036 E. M-36
Whitmore Lake,  MI 48189

RE: MDCR Case#:  621888
    Dione Wade #434839 v Michigan Department of Corrections

Dear Dione Wade #434839:

The complaint referenced above that you filed with the Michigan Department of Civil Rights has
been assigned to me for investigation. I am currently reviewing the documentation in the casefile
and will contact you following this review.

If additional information, witnesses or supporting documentation is needed, I will send a separate
request with an appropriate deadline for submission.

Sincerely,

Mark Bishop
Safety/Security Officer and Attorney Liaison
Phone: 517-241-7909
Fax: 517-241-7520
Email: BishopM3@michigan.gov

# EXHIBIT

## J



GRETCHEN WHITMER
GOVERNOR

**STATE OF MICHIGAN**
**DEPARTMENT OF CIVIL RIGHTS**
DETROIT

JOHN E. JOHNSON, JR
EXECUTIVE DIRECTOR

January 31, 2022

| NOTICE OF CERTIFIED COMPLAINT |
| --- |

Dione Wade #434839
Woodland Center Correctional Facility
9036 E. M-36
Whitmore Lake, MI 48189

RE: MDCR Case#: 621888
    Dione Wade #434839 v Michigan Department of Corrections

Dear Dione Wade #434839:

Enclosed is a copy of your certified complaint of discrimination, a copy of which has also been mailed to the Respondent. **You do not need to take any further action at this time;** however, please contact the Department if:

1. You change your address and/or telephone number
2. This matter has been resolved
3. You retain an attorney to represent you in this matter or you file in court
4. You have a proposal to resolve the complaint

The Department will contact you upon assignment to an investigator. Please understand there may be a delay in assignment. If you have not heard from us after 90 days, feel free to contact us.

---

**IMPORTANT LEGAL INFORMATION:**

Civil rights laws prohibit retaliation or discrimination against any person who has filed a complaint, testified, assisted, or participated in an investigation, proceeding or hearing. Contact the Department if you believe you have been subjected to retaliation.

You have the right to contact an attorney and/or file your own private action in accordance with state and federal laws. If you have questions regarding your rights to pursue your matter in a court of law, including but not limited to addressing statute of limitations concerns, please consult a private attorney.

---

Please contact me if you have any questions.

Sincerely,

Christina G. Beltz
Civil Rights Investigator
Phone: 313-456-3751
Fax:
Email: BeltzC@michigan.gov

CR414 (Rev. 05-2021)     Detroit Office  3054 West Grand Boulevard, Suite 3-600 Detroit MI 48202
www.michigan.gov   313-456-3700

# MDCR CERTIFIED COMPLAINT INVESTIGATION PROCESS

STEP 1 – DOCKETING

Once MDCR receives a notarized signed complaint, it is placed on the docket and a copy is sent to the claimant (the person filing the complaint) and respondent (the person or organization the complaint is filed against).

STEP 2 - THE INVESTIGATION

During an investigation, the claimant and respondent (if requested) will have the opportunity to present evidence. *An analysis and investigation of a certified complaint may not include a position statement from respondent.*

An investigation may also include a site visit, interviews with witnesses and analysis of documents or conference with both parties to explore possible resolutions, clarify issues and provide a forum for presenting additional evidence.

If resolution is reached during the investigation, MDCR will close the investigation. If no settlement is reached, MDCR will complete the investigation and report on its findings.

STEP 3 - THE FINDINGS

Possible investigation outcomes include:

- **DISMISSAL** - If there is insufficient evidence to support a discrimination charge, MDCR will hold an exit interview with the claimant and dismiss the complaint. The claimant may ask for reconsideration of the decision.
- **CONCILIATION** - If there is sufficient evidence for filing a charge of discrimination, the respondent is invited to a conciliation conference. In this confidential meeting, MDCR will inform the respondent of its findings. The respondent is encouraged to take action to address the discrimination and prevent it from happening again. If a satisfactory resolution is reached, the case is closed.
- **CHARGE** - If the respondent refuses to address the situation in conciliation, MDCR may issue a formal charge of discrimination and set a date for a public hearing.
- **HEARING** - A hearing officer will conduct a public hearing on the discrimination charge. All witnesses testify under oath, the rules of evidence apply, and all parties have the right to cross examine witnesses. Following the hearing, the hearing officer will decide whether discrimination took place and if so what the appropriate penalty should be. The Civil Rights Commission will review the findings and allow the parties to argue whether they should be adopted. The Commission will then issue a final order either dismissing the case or requiring corrective action that may include paying damages to the claimant. A claimant or respondent who does not agree with the Commission's final order may appeal to the circuit court for review of the case.

*Filing a discrimination complaint with the Department of Civil Rights does not prevent the parties from consulting with a private attorney and/or subject to statute of limitations taking legal action in a court of law at any point in the process.*

<table>
<tr><td>Authority: Acts 453 and 220, P.A. of 1976, as amended.<br>Completion: Required<br>Penalty: Allegations of unlawful discrimination cannot be investigated without a sworn complaint.</td><td>STATE OF MICHIGAN<br>DEPARTMENT OF CIVIL RIGHTS<br>**COMPLAINT**</td><td>MDCR # 621888<br><br>FBD #</td></tr>
</table>

| CLAIMANT | RESPONDENT |
|---|---|
| Dione Wade #434839 | Michigan Department of Corrections |

| ADDRESS | ADDRESS |
|---|---|
| Woodland Center Correctional Facility<br>9036 E. M-36<br>Whitmore Lake, MI 48189 | Grandview Plaza<br>P.O. Box 30003<br>Lansing, MI 48909 |

| TELEPHONE | TELEPHONE |
|---|---|
| 734-449-3320 | 517-373-6387 |

| Area of Discrimination: Public Accommodation/Public Service | Date of Discrimination: August 31, 2021 |
|---|---|

**Statement of Alleged Discrimination:**

I am a man and I have disabilities. I believe that I have been subjected to harassment and sexual harassment most recently on August 31, 2021, due to my sex and disabilities.

I am a resident of the respondent's Woodland Correctional facility located in Whitmore Lake, Michigan.

**Hostile Environment 8/31/2021 Disability**

Throughout the past year and most recently, on August 31, 2021, respondent Correction Officers, mental health Professionals, and other employees, have forced me against my will to participate in illegal activities such as, smuggling illegal contraband and selling narcotics, alcohol, cellular devices, and other prohibited items.

**Sexual harassment 8/31/2021 Disability, Sex**

On August 31, 2021, my mental health counselor manipulated and coerced me into have sexual intercourse with her. I reported this to the respondent's grievance policy and nothing has been done. I believe that I have been taken advantage of and subjected to this hostile environment due to my sex and disabilities.

This complaint is based on the following Law:
Elliott-Larsen Civil Rights Act No 453, Public Act of 1976, as amended
Michigan Persons with Disabilities Act No. 220, Public Acts of 1976, as amended

| I swear or affirm that I have read the above complaint and that it is true to the best of my knowledge, information and belief. I have notified the department of all other civil or criminal actions pending with regard to the allegations in this complaint.<br><br>*Dione Wade* 12/20/21<br>SIGNATURE OF CHARGING PARTY/CLAIMANT<br><br>Complaint taken by: Christina G. Beltz | Subscribed and sworn to before me<br>This _____ day of DEC, 2021<br>at _____, Michigan.<br><br>My Commission expires(dd/mm/yyyy) 07/18/2025<br>_____<br>SIGNATURE OF NOTARY<br><br>Commissioned in WASHTENAW County. |
|---|---|

DIONE WADE #434839
WOODLAND CENTER CORR.
FACILITY
9036 E. M-36
WHITMORE LAKE, MI 48189



RECEIVED
MAY 22 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

903.18°

U.S. MARSHALS

Phis

TO: CLERK OF THE COURT
UNITED STATE'S DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
THEODORE LEVIN UNITED STATE'S COURT HOUSE
231 WEST LAFAYETTE BLVD. ROOM 564
DETROIT, MI 48226